MANATT, PHELPS & PHILLIPS, LLP
ANN M. HEIMBERGER (Bar No. CA 197060)
E-mail: AHeimberger@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

DAIGLE FISSE & KESSENICH
J. FREDERICK KESSENICH (Admitted *pro hac vice*)
E-mail: rkessenich@daiglefisse.com
JON A. VAN STEENIS (Admitted *pro hac vice*)
E-mail: jvansteenis@daiglefisse.com
P. O. Box 5350
Covington, LA 70434-5350
Telephone: (985) 871-0800
Facsimile: (985) 871-0899

Attorneys for Plaintiff
TESORO REFINING AND MARKETING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| TESORO REFINING AND MARKETING COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> M/V SPAR LYRA, her engines, tackle, apparel, furniture, etc., *in rem*, and SPAR SHIPPING, AS, *in personam*, OLDENDORFF CARRIERS GmbH & Co. KG, *in personam*, <br><br> Defendants. | No. CV 09-1595 WHA <br><br> ~~PROPOSED~~ STIPULATED ORDER <br><br> Judge: Honorable William H. Alsup <br> Date of Filing: June 12, 2009 |

CONSIDERING the foregoing Stipulation to file Amended Complaint, IT IS HEREBY ORDERED that the Stipulation be and hereby is GRANTED, and that the annexed Amended Complaint be filed into the record in this matter.

San Francisco, California this 29th day of ~~June~~ July 2009.

