1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   Eric Danoff (State Bar #60915)
2  49 Stevenson Street, Suite 400
   San Francisco, CA  94105
3  Telephone:    (415) 227-9455
   Facsimile:    (415) 227-4255
4  E-Mail:       edanoff@edptlaw.com

5  Attorneys for Defendants
   Spar Shipholding AS and
6  Spar Shipping AS

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  TESORO REFINING AND MARKETING        Case No.:  CV 09 1595 WHA
    COMPANY,
13                                       STIPULATION AND [PROPOSED]
               Plaintiff,                ORDER FOR DISMISSAL OF ACTION
14                                       WITH PREJUDICE
           vs.
15
    M/V SPAR LYRA, her engines, tackle,
16  apparel, furniture, etc., *in rem*, and SPAR
    SHIPPING, AS, *in personam*,
17  OLDENDORFF CARRIERS GmbH & Co.
    KG, *in personam*,
18
               Defendants.
19
    AND RELATED CROSS-ACTION
20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                    - 1 -

1        This case having been fully compromised and settled, the parties stipulate pursuant to

2    FRCP Rule 41(a) and request the Court to order that this entire action (including the First

3    Amended Complaint and the Counterclaim) be fully dismissed with prejudice, each party to bear

4    its own attorney fees and costs.

5

6    DATED:  December 29, 2009        DAIGLE FISSE & KESSENICH

7

8                                       By_____/s/_____
                                        Jon A. Van Steenis
9                                       Attorneys for Plaintiff
                                        TESORO REFINING AND MARKETING COMPANY
10

11   DATED: December 29, 2009        EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

12

13                                      By_____/s/_____
                                        Eric Danoff
14                                      Attorneys for Defendants
15                                      SPAR SHIPHOLDING AS AND SPAR SHIPPING AS

16

17   IT IS SO ORDERED.  **THE CLERK SHALL CLOSE THE FILE.**

18

19   DATED:  December 30, 2009.        _____

20                                     **WILLIAM ALSUP**
                                       UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
Case No. CV 09 1595 WHA